**May Gassman, Defendant in Error, v. Edward Gassman, Plaintiff in Error.**

**Gen. No. 15,180.**

MUNICIPAL COURT—*when judgment affirmed.* A finding of the trial court where supported by the preponderance of the evidence, will be affirmed on appeal.

Error to the Municipal Court of Chicago; the Hon. JOHN H. HUME, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1909. Affirmed. Opinion filed January 24, 1911.

B. M. SHAFFNER, for plaintiff in error.

JOHN F. HAAS, for defendant in error.

MR. PRESIDING JUSTICE MACK delivered the opinion of the court.

Plaintiff sued her father for $303.50 loaned to him. He claimed that it was his own money. In addition he claims by way of set-off for board and lodging furnished the plaintiff.

No controverted questions of law are presented by this record. We agree with the conclusions of the trial judge, to whom the cause was submitted without a jury, that a preponderance of the evidence sustains plaintiff's claim and fails to sustain defendant's set-off.

*Affirmed.*